554

441 A.2d 768

Commonwealth v. McKinney, Appellant.

Submitted September 13, 1979. Daniel M. Preminger, for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., WATKINS and HOFFMAN, JJ.

Judgment of sentence affirmed.

441 A.2d 768

Commonwealth v. Mendez a/k/a Balgas, Appellant.

Submitted March 3, 1981. Carol K. McGinley, Assistant Public Defender for appellant; Richard Tomsho, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., WICKERSHAM and BROSKY, JJ.

Judgment of sentence affirmed.